No. 77–240. St. Paul Fire & Marine Insurance Co. et al. *v.* Barry et al. C. A. 1st Cir. [Certiorari granted, *ante,* p. 919.] Motions of Blue Shield Assn., American Insurance Assn. et al., and National Association of Insurance Commissioners for leave to file briefs as *amici curiae* granted.

No. 77–262. Duke Power Co. *v.* Carolina Environmental Study Group, Inc., et al.; and

No. 77–375. United States Nuclear Regulatory Commission et al. *v.* Carolina Environmental Study Group, Inc., et al. Appeals from D. C. W. D. N. C. [Probable jurisdiction noted, *ante,* p. 937.] Motions of Southeastern Legal Foundation and Pacific Legal Foundation for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Appellees also allotted 15 additional minutes for oral argument.

No. 77–475. Fry *v.* United States. C. A. 6th Cir. Motion to grant petition for certiorari as sanction for the United States' failure to file a timely brief denied.

No. 77–643. United Steelworkers of America, AFL–CIO–CLC *v.* Sadlowski et al. C. A. 3d Cir.;

No. 77–765. Wadsworth, Administrator, New Hampshire Employers' Benefit Trust, et al. *v.* Whaland, Commissioner, Department of Insurance of New Hampshire. C. A. 1st Cir.; and

No. 77–772. Dawson, Administrator, Northern New England Carpenters Health & Welfare Fund, et al. *v.* Whaland, Commissioner, Department of Insurance of New Hampshire. C. A. 1st Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 77–5176. Franks *v.* Delaware. Sup. Ct. Del. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* denied.